# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LAWRENCE MERCADEL

NO. 2019 KW 0693

AUG 19 2019

---

In Re:   Lawrence Mercadel, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 123408.

---

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.** This application appears to be a "petition for a writ of habeas corpus ad prosequendum" filed in this court in the first instance. Relator should first seek relief in the district court. Because there is no indication relator filed the "petition for a writ of habeas corpus ad prosequendum" in the district court, this writ presents nothing for this court to review.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT